M. P. No. 1490. EDWIN Z. WATTMAN *v.* RUTH WATTMAN. Order entered on June 30, 1971 requiring petitioner, Edwin Z. Wattman, to make certain payments, to continue in effect until further order of court. *Kirshenbaum & Kirshenbaum, Alfred Factor*, for petitioner. *Hinckley, Allen, Salisbury & Parsons, William R. Powers, III*, for respondent.

Ex. No. 1464. IN RE 125 CRIMINAL APPEALS ON BILLS OF EXCEPTIONS BY DEFENDANTS. Motion for severance is denied without prejudice. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for plaintiff. *Aram K. Berberian*, for defendants.

APPEAL No. 1075. JOSEPH C. SCUNCIO *et al. v.* COLUMBUS THEATRE, INC. *et al.* Motion for leave to reargue denied. Roberts, C. J., not participating. *Robert J. McOsker*, City Solicitor of Providence, *Ronald H. Glantz*, Deputy City Solicitor,, *Steven S. Saber*, Special Counsel, for plaintiffs. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler*, for defendants.

July 9, 1971.

M. P. No. 1436. JOSE DA ROSA *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus is denied. Determination as to whether or not proof of guilt is evident or the presumption great is a matter for the sound discretion of the trial court hearing the application for release on bail. See *Taglianetti v. Fontaine*, 105 R. I. 596, 253 A.2d 609.

An examination of the record discloses evidence indicating that proof of guilt is evident and the presumption great and finding of the lower court was proper. *Joseph B. Carty*, for petitioner. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for respondent.